IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-51135
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LUIS DANIEL CEBREROS-VALLES,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. EP-99-CR-225-ALL-DB
- - - - - - - - - -
June 15, 2000

Before JOLLY, DAVIS, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

Luis Daniel Cebreros-Valles appeals from his conviction for illegal reentry following removal in violation of 8 U.S.C. § 1326. Cebreros argues that his prior removal proceedings violated his right to due process, thus a showing of prejudice should not be required to invalidate a subsequent prosecution under § 1326. He concedes that the issues raised in this appeal are foreclosed by our decision in United States v. Benitez-Villafuerte, 186 F.3d 651, 656-60 (5th Cir. 1999), cert. denied, 120 S. Ct. 838 (2000). The decision of the district court is

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

AFFIRMED.